**BETTS & RUBIN, A Professional Corporation**
Attorneys at Law
907 Santa Fe Avenue, Suite 201
Fresno, CA 93721
Telephone: (559) 438-8500
Facsimile:  (559) 438-6959

James B. Betts (State Bar #110222)
Joseph D. Rubin (State Bar #149920)

Attorneys for Defendants CITY OF FRESNO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARPENTERS LOCAL UNION 701 | Case No.1:10-CV-00969-0WW-DLB |
| Plaintiff, | STIPULATION AND ORDER RE MOTION TO DISMISS COMPLAINT |
| v. | Date: September 27, 2010 |
| THE CITY OF FRESNO, a California Municipal Corporation and Charter City, | Time: 10:00 a.m.<br>Crt: 3 |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their respective counsel of record, as follows:

1. The City of Fresno filed a motion to dismiss that is currently set for September 27, 2010;

2. Plaintiff will dismiss its second cause of action for violation of its federal constitutional rights without prejudice;

3. Defendant City of Fresno will withdraw its motion to dismiss;

////

////

////

////

////

Stipulation

4. Defendant City of Fresno will have twenty (20) days from notice of entry of the order in which to file its answer.

Dated: September 10, 2010        BETTS & RUBIN

By /s/ Joseph D. Rubin
Joseph D. Rubin
Attorneys for Defendant CITY OF FRESNO

Dated:   September 10, 2010        WEINBERG, ROGER & ROSENFELD

By /s/   Matthew J. Gauger
Matthew J. Gauger
Attorney for Plaintiff CARPENTERS LOCAL UNION 701

**O R D E R**

Upon reading the foregoing Stipulation of the parties, and good cause appearing therefore,

IT IS HEREBY ORDERED that:

1. Plaintiff's second cause of action for violation of federal constitutional rights is dismissed without prejudice, and Defendant City of Fresno has twenty days from notice of entry to file and serve its answer.

IT IS SO ORDERED.

**Dated:   September 10, 2010**        /s/ Oliver W. Wanger
UNITED STATES DISTRICT JUDGE

- 2 -