1  MATTHEW J. GAUGER, Bar No. 139785
   GARY P. PROVENCHER, Bar No. 250923
2  WEINBERG, ROGER & ROSENFELD
   A Professional Corporation
3  428 J Street, Suite 520
   Sacramento, California 95814-2341
4  Telephone (916) 443-6600
   Facsimile: (916) 442-0244
5
   Attorneys for Plaintiff
6

7

8                   UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

10                          FRESNO DIVISION

11

12 | CARPENTERS LOCAL UNION 701,           ) No.    1:10-CV-00969-OWW-DLB
                                            )
13 |          Plaintiff,                    ) **STIPULATION AND ORDER**
                                            ) **VACATING PLAINTIFF'S**
14 |     v.                                 ) **OCTOBER 25, 2010 MOTION FOR**
                                            ) **PRELIMINARY INJUNCTION**
15 | CITY OF FRESNO, a California Municipal ) **WITHOUT PREJUDICE**
     Corporation and Charter City,          )
16                                          ) Date:   October 25, 2010
              Defendant.                    ) Time:   10:00 a.m.
17 | _____    ) Dept:   3

18

19      Pursuant to an Interim Standstill Agreement between the parties, the parties hereby

20 stipulate to take Plaintiff's Motion for Preliminary Injunction set for October 25, 2010 off calendar

21 without prejudice.

22 Dated: October 12, 2010

23                              WEINBERG, ROGER & ROSENFELD
                                A Professional Corporation
24

25                         By:     /S/   Matthew J. Gauger
                                Matthew J. Gauger
26                              Attorneys for Plaintiffs

27 ///

28 ///

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
428 J Street, Suite 520
Sacramento, CA 95814
916 443-6600

Stipulation and Order

1  Dated: October __, 2010

2                                       BETTS & RUBIN

3
                                        By:    /S/ Joseph Rubin
4                                              Joseph Rubin
                                               Attorneys for Defendants
5

...

11
   IT IS SO ORDERED.
12
        Dated:  **October 13, 2010**              **/s/ Oliver W. Wanger**
13                                                UNITED STATES DISTRICT JUDGE

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
428 J Street, Suite 520
Sacramento, CA  95814
916 443-6600

- 2 -

Stipulation and Order