# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CARPENTERS LOCAL UNION 701, | ) | 1:10cv0969 OWW DLB |
| | ) | |
| Plaintiff, | ) | ORDER TO SHOW CAUSE |
| | ) | |
| v. | ) | |
| | ) | |
| CITY OF FRESNO, | ) | |
| | ) | |
| Defendant. | ) | |

    Plaintiff Carpenters Local Union 701 ("Plaintiff") filed the instant civil rights action on May 27, 2010.

    On March 15, 2011, the Court held a Settlement Conference and the case settled. The Court vacated all pending dates and ordered the parties to file dispositive documents by May 16, 2011.

    On May 13, 2011, Plaintiff requested a status conference to discuss the status of settlement. Plaintiff informed the Court that Defendant had not reviewed the settlement agreement.

    Pursuant to the parties' request, the Court held a telephonic conference to discuss the status of settlement on June 6, 201. During the conference, Plaintiff's counsel informed the Court that Defendant had approved the settlement and that a draft settlement was being circulated. The Court ordered the parties to submit a stipulated dismissal by July 1, 2011.

    As of the date of this order to show cause, the parties have not filed dismissal documents or otherwise contacted the Court regarding the status of the action.

1    Accordingly, the parties are ORDERED TO SHOW CAUSE, if any they have, why this
2 action should not be dismissed.  The parties SHALL file a written response to this order to show
3 cause within twenty (20) days of the date of service of this order.
4    If the parties do not comply with this order, the Court will recommend that this action be
5 dismissed.
6    IT IS SO ORDERED.
7    Dated:   **August 30, 2011**               /s/ **Dennis L. Beck**
                                              UNITED STATES MAGISTRATE JUDGE