1  MATTHEW J. GAUGER, Bar No. 139785
   GARY P. PROVENCHER, Bar No. 250923
2  WEINBERG, ROGER & ROSENFELD
   A Professional Corporation
3  428 J Street, Suite 520
   Sacramento, California 95814-2341
4  Telephone (916) 443-6600
   Facsimile: (916) 442-0244
5
   Attorneys for Plaintiff
6
   JOSEPH RUBIN
7  BETTS & RUBIN
   907 Santa Fe Avenue, Suite 201
8  Fresno, CA  93721
   Telephone:  (559) 438-8500
9  Facsimile:   (559) 438-6959

10 Attorneys for Defendant

11

12                            UNITED STATES DISTRICT COURT

13                            EASTERN DISTRICT OF CALIFORNIA

14                                      FRESNO DIVISION

15

16
   CARPENTERS LOCAL UNION 701,           ) No.     1:10-CV-00969-OWW-DLB
17                                       )
         Plaintiff,                      ) **JOINT NOTICE OF SETTLEMENT,**
18                                       ) **REQUEST FOR DISMISSAL WITH**
         v.                              ) **PREJUDICE AND ORDER**
19                                       )
   CITY OF FRESNO, a California Municipal)
20 Corporation and Charter City;         )
                                         )
21       Defendant.                      )
                                         )
22 _____)

23      The parties in the above-captioned matter have resolved their dispute and so informed the

24 Court on March 15, 2011 (Document 24, Minutes of Settlement Conference).  The parties now file

25 the instant Joint Notice of Settlement, Request for Dismissal with Prejudice and [Proposed] Order.

26 Pursuant to an executed Settlement Agreement dated June 21, 2011 (including the executed Interim

27 Standstill Agreement) attached hereto and incorporated herein, the parties agree that their

28 competing rights to free speech and reasonable time, place and manner restrictions are

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
428 J Street, Suite 520
Sacramento, CA  95814
916 443-6600

Joint Notice of Settlement, Request for Dismissal with Prejudice and  Order

1 appropriately resolved.

2     The parties therefore submit this Joint Notice of Settlement and Request for Dismissal with

3 Prejudice.

4 Dated: August 31, 2011

5

6     WEINBERG, ROGER & ROSENFELD
    A Professional Corporation

7

8     By:   /s/ Matthew J. Gauger
        Matthew J. Gauger
        Attorneys for Plaintiffs

9 Dated: August 31, 2011

10

11     BETTS & RUBIN

12     By:   /s/ Joseph Rubin
        Joseph Rubin

13         Attorneys for Defendants

14

15

16 IT IS SO ORDERED.

17    Dated: **September 1, 2011**         **/s/ Oliver W. Wanger**
                                    UNITED STATES DISTRICT JUDGE

18

19

20

21

22

23

24

25

26

27

28

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
428 J Street, Suite 520
Sacramento, CA 95814
916 443-6600

- 2 -

Joint Notice of Settlement, Request for Dismissal with Prejudice and Order