MATTHEW J. GAUGER, Bar No. 139785
GARY P. PROVENCHER, Bar No. 250923
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
428 J Street, Suite 520
Sacramento, California 95814-2341
Telephone (916) 443-6600
Facsimile: (916) 442-0244

Attorneys for Plaintiff

JOSEPH RUBIN
BETTS & RUBIN
907 Santa Fe Avenue, Suite 201
Fresno, CA 93721
Telephone: (559) 438-8500
Facsimile: (559) 438-6959

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| CARPENTERS LOCAL UNION 701, | No.   1:10-CV-00969-OWW-DLB |
| Plaintiff, | **JOINT NOTICE OF SETTLEMENT, REQUEST FOR DISMISSAL WITH PREJUDICE AND ORDER** |
| v. | |
| CITY OF FRESNO, a California Municipal Corporation and Charter City; | |
| Defendant. | |

The parties in the above-captioned matter have resolved their dispute and so informed the Court on March 15, 2011 (Document 24, Minutes of Settlement Conference). The parties now file the instant Joint Notice of Settlement, Request for Dismissal with Prejudice and [Proposed] Order. Pursuant to an executed Settlement Agreement dated June 21, 2011 (including the executed Interim Standstill Agreement) attached hereto and incorporated herein, the parties agree that their competing rights to free speech and reasonable time, place and manner restrictions are

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
428 J Street, Suite 520
Sacramento, CA 95814
916 443-6600

Joint Notice of Settlement, Request for Dismissal with Prejudice and  Order

1  appropriately resolved.

2      The parties therefore submit this Joint Notice of Settlement and Request for Dismissal with
3  Prejudice.

4  Dated:  August 31, 2011

     WEINBERG, ROGER & ROSENFELD
     A Professional Corporation

     By:    /s/ Matthew J. Gauger
            Matthew J. Gauger
            Attorneys for Plaintiffs

   Dated: August 31, 2011

     BETTS & RUBIN

     By:    /s/ Joseph Rubin
            Joseph Rubin
            Attorneys for Defendants

   IT IS SO ORDERED.

        Dated:   **September 1, 2011**            **/s/ Oliver W. Wanger**
                                           UNITED STATES DISTRICT JUDGE

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
428 J Street, Suite 520
Sacramento, CA  95814
916 443-6600

- 2 -

Joint Notice of Settlement, Request for Dismissal with Prejudice and  Order